AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RICHARD METCALF,

Plaintiff,

v.

MARTIN O'MALLEY
Commissioner of Social Security

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV423-204

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated July 18, 2024, affirming the final decision by Commissioner of Social Security. This case stands closed.

Approved by: *[signature]*
CHRISTOPHER L. RAY
United States Magistrate Judge
Southern District of Georgia

July 19, 2024
Date

John E. Triplett, Clerk of Court
Clerk

*[signature]*
(By) Deputy Clerk

GAS Rev 10/2020